UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 05-CR-00551-D

UNITED STATES OF AMERICA,

 Plaintiff,

v.

2. GREGORIO FRANCO-BERNAL,

 Defendant.

_____

**ORDER**
_____

 This matter is before the Court upon a review of the file.  To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

 ORDERED that all pretrial motions shall be filed by **Monday, January 30, 2006** and responses to these motions shall be filed by **Friday, February 10, 2006**.  It is

 FURTHER ORDERED that a hearing on pending motions and final trial preparation conference is set for **Tuesday, February 21, 2006, at 4:00 p.m.**  It is

 FURTHER ORDERED that a three-day jury trial is set to commence **Monday, February 27, 2006** at 9:00 a.m.

 Dated:  January 13, 2006

          BY THE COURT:

          s/ Wiley Y. Daniel
          Wiley Y. Daniel
          U. S. District Judge