UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 05-cr-00551-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

2. GREGORIO FRANCO-BERNAL,

     Defendant.

_____

**ORDER**
_____

     Upon the motion of the United States of America and for good cause shown, it is

     ORDERED that the Government's Motion to Dismiss Remaining Counts filed August 11, 2006, is **GRANTED**. In accordance therewith, it is

     ORDERED that the remaining counts as they relate to Defendant Gregorio Franco-Bernal in the above-captioned case are hereby dismissed.

     Dated: August 22, 2006

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge